# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHANIE JO SIDES,<br><br>          Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of the Social Security Administration,<br><br>          Defendant. | Case No. CIV-20-246-RAW-KEW |

## ORDER AFFIRMING DECISION OF THE COMMISSIONER

On February 28, 2022, the United States Magistrate Judge entered a Report and Recommendation in the above-referenced case, recommending that this Court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to Plaintiff [Docket No. 24].  The Plaintiff filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C.§636(b)(1); Fed. R. Civ. P. 72(a) [Docket No. 25].  Claimant objects to the Magistrate Judge's Report and Recommendation asserting that the ALJ committed error in failing to specifically discuss evaluations and opinions of Dr. Graybill and Dr. Horton, included a vague term in the hypothetical question to the VE and thereafter, incorrectly relied on unsupported VE testimony in making the decision.

Upon full consideration of the record and the issues herein, this court finds that the Magistrate Judge's recommendation to affirm the ALJ is well-supported.  The ALJ's decision is supported by substantial evidence, and the correct legal standards were applied.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order.  The decision of the Commissioner is affirmed.


**IT IS SO ORDERED** this 29th day of March 2022..

.

 

**HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**